the event. Hirschberg, P. J., Woodward and Jenks, JJ., concurred; Miller, J., dissented. Judgment and order reversed and new trial granted, costs to abide the event.

---

The Brooklyn Heights Railroad Company, Respondent, v. The Brooklyn City Railroad Company, Appellant.— Motion granted, without costs. Present— Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

La Mott Hartshorn, Plaintiff, v. John F. Reilly and Others, Defendants.— Motion denied, with costs, and stay vacated. Present— Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Elizabeth Albert, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

The City of New York, Appellant, v. Flatbush Gas Company, Respondent.— Judgment affirmed on argument, with costs. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Louis Curtis, Respondent, v. Joe Mammano and Others, Appellants.— Final order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Michael J. Dady, Respondent, v. Michael O'Sullivan, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Edward Deady, Respondent, v. Degnon-McLean Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Dent Realty Company, Respondent, v. Chelton Park Realty Company and Benjamin Hurtig, Appellants, Impleaded with Jules Hurtig and Others.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Anthony Fisher, Respondent, v. Wakefield Park Realty Company. Appellant. — Order affirmed by default, with costs. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Max Helfstein and Max Sperber, Appellants, v. Harry P. Merovitz and Abraham M. Merovitz, Respondents.— Order affirmed by default, with ten dollars costs and disbursements. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Elizabeth McManus, Late of the County of Nassau, Deceased. Johanna Burnett, Appellant; Maurice Herbert and Others, Respondents.— Decree of the Surrogate's Court of Nassau county affirmed, with costs. No opinion. Gaynor, Burr, Rich and Miller, JJ., concurred; Hirschberg, P. J., dissented on the ground of the conflicting findings to the effect that the deceased was of sound and disposing mind and memory, and also afflicted with senile dementia on the day the will was executed.

Leo Oetjen, an Infant, etc., Respondent, Appellant, v. The City of New York, Respondent. The Flatbush Gas Company and New York and New Jersey Tele-